IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01656-AP

RELLA M. MEDINA,

  Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

  Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Rick P. Sauer
Attorney for Plaintiff
700 Macon Ave.
Canon City, Colorado 81212
(719) 275-7591
sauer.rick@gmail.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado

Michael Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      DATES OF FILING OF RELEVANT PLEADINGS

A.  Date Complaint was filed: June 25, 2012

B.  Date Complaint was served on U.S. Attorney's Office: July 2, 2012

C.  Date Answer and Administrative Record were filed: August 30, 2012

4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  Notwithstanding, the parties would reserve objections regarding the adequacy of the record for the parties' respective briefs on the merits of the case.

5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit additional evidence.

6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.      OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.       BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

A.  Plaintiff's opening brief due: **October 29, 2012**

B.  Defendant's response brief due: **November 28, 2012**

C.  Plaintiff's reply brief (if any) due: **December 13, 2012**

9.       STATEMENTS REGARDING ORAL ARGUMENT

Neither party requests oral argument.

10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11.      OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 20th day of September, 2012.

BY THE COURT:


_**s/John L. Kane**_
U.S. DISTRICT COURT JUDGE

3

APPROVED:

s/_____
Rick P. Sauer                              John F. Walsh
Attorney for Plaintiff                     United States Attorney
700 Macon Ave.
Canon City, Colorado 81212                 J. Benedict García
(719) 275-7591                             Assistant United States Attorney
sauer.rick@gmail.com                       United States Attorney's Office
                                           District of Colorado

                                           /s/ Michael S. Howard
                                           Michael S. Howard
                                           Special Assistant United States Attorney
                                           Office of the General Counsel
                                           Social Security Administration
                                           1001 17th St.
                                           Denver, Colorado 80202
                                           (303) 844-7192
                                           Michael.howard@ssa.gov

                                           Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

sauer.rick@gmail.com
usa-co-civil_ecf@usdoj.gov

/s/ Michael S. Howard
Office of the General Counsel
Social Security Administration

5