IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01656-MSK

RELLA M. MEDINA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on August 5, 2013, (**Doc. #17**), it is

ORDERED that the Commissioner of Social Security's decision is REVERSED, the case is remanded, and the case closed. It is further

ORDERED that final judgment is entered in favor of Plaintiff Rella Medina and against Defendant Commissioner, and the plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day August, 2013.

                        ENTERED FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                        Edward P. Butler
                        Deputy Clerk